**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00899-LTB

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

ESTATE OF PATRICIA J. OLSON; and
DEBORA A. KLINEFELTER,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Dismissal of Defendant Estate of Patricia J. Olson (Doc 8 - filed August 1, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant Estate of Patricia J. Olson**, each party to pay their own fees and costs.

                       BY THE COURT:

                        s/Lewis T. Babcock
                       Lewis T. Babcock, Judge

DATED: August 4, 2008